# UNITED STATES DISTRICT COURT

for the

District of Vermont

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2010 MAY -7 PM 1:18

CLERK

BY ________ DEPUTY CLERK

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*
Priority Mail Package addressed to Nate Lambert, 4 Meadow Street, Ludlow, Vermont 05749

Case No. 2:10-mj-88

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that there is now concealed on the following person or property located in the [illegible] District of Vermont *(identify the person or describe property to be searched and give its location)*:

Priority Mail Package addressed to Nate Lambert, 4 Meadow Street, Ludlow, Vermont 05749

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*: controlled substances, money or other valuables, and correspondence

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of 21 U.S.C. § 841(a), and the application is based on these facts:

See attached Affidavit of Mark D. Cavic.

☑ Continued on the attached sheet.

☐ Delayed notice of ____ days (give exact ending date if more than 30 days: ________ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Mark D. Cavic, United States Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 5/07/2010

*Judge's signature*

City and state: Burlington, Vermont

John M. Conroy, U.S. Magistrate Judge
*Printed name and title*