AO 93 (Rev. 01/09) Search and Seizure Warrant

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
2010 MAY 26 PM 12: 10
CLERK
BY [signature] DEPUTY CLERK

# UNITED STATES DISTRICT COURT

for the

District of Vermont

| | | |
|---|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched or identify the person by name and address)*<br><br>Priority Mail Package addressed to Nate Lambert, 4 Meadow Street, Ludlow, Vermont 05749 | ) | Case No. 2:10-85-1 |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ~~L[illegible]~~ District of Vermont *(identify the person or describe the property to be searched and give its location)*:

Priority Mail Package addressed to Nate Lambert, 4 Meadow Street, Ludlow, Vermont 05749

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

controlled substances, money or other valuables, and correspondence

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before May 15, 2010 *(not to exceed 10 days)*

☑ in the daytime 6:00 a.m. to 10 p.m. ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge John M. Conroy.
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for ______ days *(not to exceed 30)*.

☐ until, the facts justifying, the later specific date of ______________.

Date and time issued: 5/7/2010 1:13 p.m. [signature] *Judge's signature*

City and state: Burlington, Vermont — John M. Conroy, U.S. Magistrate Judge
*Printed name and title*

AO 93 (Rev. 01/09) Search and Seizure Warrant (Page 2)

**Return**

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 2:10-05-1 | 5/7/2010 | USPIS |

Inventory made in the presence of: AUSA Gregory Waples

Inventory of the property taken and name of any person(s) seized:

300 Oxycotin pills 30mg each

Nathan M. Lambert
4 Meadow St
Ludlow, VT 05149

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5/7/10

[signature]
*Executing officer's signature*

MARK D. CAVIC
*Printed name and title*